*J. Ryman*, for the appellant.

----

May Term, 1854.

OSBORN
v.
MAY.

## OSBORN *v.* MAY and Others.

An entry of replevin bail, made after the expiration of the period allowed by law for the stay of execution, has not the force of a judgment, and will not support an execution.

APPEAL from the *Fountain* Circuit Court.

Monday, June 5.

*Per Curiam.*—Motion to set aside an execution. Motion overruled.

The motion should have been granted. The execution was against a person as replevin bail. The judgment to which the entry of bail was made was, by law, subject to a stay of one hundred and eighty days. The entry of replevin bail was made after the expiration of that length of time from the rendition of the judgment, and was,

therefore, of no effect as a judgment, and would not support an execution.

The judgment is reversed with costs. Cause remanded, &c.

*W. H. Mallory*, for the appellant.

*D. Brier*, for the appellees.